UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ─────────────────────────X | |
| Symbology Innovations LLC | : Civil Action No. 2:17-cv-2076 |
| Plaintiff, | : **MOTION FOR DISMISSAL** |
| vs. | : |
| Atlantic City Electric Company | : |
| Defendant. | : |
| ─────────────────────────X | |

**STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned action hereby stipulate to the dismissal of all pending claims in this action. Symbology Innovations, LLC's claims are dismissed with prejudice. Atlantic City Electric Company's counterclaims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s Eugenio J. Torres Oyola* | Casey G. Watkins (#060122014) |
| Eugenio J. Torres Oyola (*pro hac vice*) | watkinsc@ballardspahr.com |
| Jean G. Vidal Font (*pro hac vice*) | BALLARD SPAHR LLP |
| **Ferraiuoli LLC** | 210 Lake Drive East, Suite 200 |
| 221 Plaza, 5th Floor | Cherry Hill, NJ 08002-1163 |
| 221 Ponce de León Avenue | Telephone: 856-761-3400 |
| San Juan, PR 00917 | Facsimile: 856-761-1020 |
| Telephone: (787) 766-7000 | |
| Facsimile: (787) 766-7001 | Richard W. Miller (*pro hac vice*) |
| | millerrw@ballardspahr.com |
| */s Jean-Marc Zimmerman* | BALLARD SPAHR LLP |
| Jean-Marc Zimmerman | 999 Peachtree Street, Suite 1000 |
| Zimmerman Law Group | Atlanta, GA 30309-3915 |
| 233 Watchung Fork | Telephone: 678-420-9300 |
| Westfield, NJ 07090 | Facsimile: 678-420-9301 |
| Tel: (908) 768-6408 | |
| Fax: (908) 935-0751 | *Attorneys for Defendant Atlantic City Electric Company* |
| *Attorneys for Plaintiff Symbology Innovations, LLC* | |

SO ORDERED: _____