UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------X
Symbology Innovations LLC                : Civil Action No. 2:17-cv-2076
                                         :
                    Plaintiff,           : **MOTION FOR DISMISSAL**
vs.                                      :
                                         :
Atlantic City Electric Company           :
                                         :
                    Defendant.           :
---------------------------------------------------X

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned action hereby stipulate to the dismissal of all pending claims in this action. Symbology Innovations, LLC's claims are dismissed with prejudice. Atlantic City Electric Company's counterclaims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s Eugenio J. Torres Oyola
Eugenio J. Torres Oyola (*pro hac vice*)
Jean G. Vidal Font (*pro hac vice*)
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

/s Jean-Marc Zimmerman
Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
Tel: (908) 768-6408
Fax: (908) 935-0751

*Attorneys for Plaintiff Symbology Innovations, LLC*

Casey G. Watkins (#060122014)
watkinsc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: 856-761-3400
Facsimile: 856-761-1020

Richard W. Miller (*pro hac vice*)
millerrw@ballardspahr.com
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: 678-420-9300
Facsimile: 678-420-9301

*Attorneys for Defendant Atlantic City Electric Company*

SO ORDERED: _____/s/_____
10/30/17

1